UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE SECRETARY OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

          *Plaintiff*,

– against –

NASSAU COUNTY PUBLIC ADMINISTRATOR; NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE; COMMUNITY DEVELOPMENT CORPORATION OF LONG ISLAND, INC.; CLYDE HUNT; EUGENE HUNT; BRIONE JEANBAPTISTE; JOHN DOES #1-5; *and* JANE DOES #1-5,

          *Defendants*.

**MEMORANDUM & ORDER**
2:24-cv-00525 (NCM) (AYS)

---

**NATASHA C. MERLE**, United States District Judge:

    This Court has received both the Report and Recommendation and the supplemental Report and Recommendation on the instant case dated December 10, 2024, and January 6, 2025, respectively, from the Honorable Anne Y. Shields, United States Magistrate Judge. ECF Nos. 28, 32. No objections have been filed.

    The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Brissett v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 09-cv-00874, 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011), *aff'd*, 472 F. App'x 73 (2d Cir. 2012) (summary order). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-

1

0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find that plaintiff has satisfied the requirements for a judgment of foreclosure pursuant to the New York Real Property Actions and Proceedings Law. *See* N.Y. R.P.A.P.L. §§ 1304, 1311, 1331. Plaintiff has submitted adequate evidence to support its claimed damages, and its claimed costs and disbursements of $1,817.29 are reasonable. Having found no clear error, I therefore adopt the Report and Recommendations, in their entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, the Clerk shall enter judgment (1) ordering the foreclosure and sale of 67 Harriman Ave, Hempstead, NY 11550, (2) appointing John Michael Probstein, Esq. to conduct the sale, (3) directing that Mr. Probstein receive a fee of $750 from the proceeds of the sale, (4) directing that the plaintiff receive $618,291.92 from the proceeds of the sale, plus pre-judgment interest from April 8, 2024 through the entry of judgment, (5) directing that plaintiff receive $1,817.29 in costs, (6) directing that plaintiff receive post-judgment interest in an amount to be calculated by the Clerk of Court pursuant to 28 U.S.C. § 1961, and (7) dismissing defendants "John Doe #1-5" and "Jane Doe #1-5."

**SO ORDERED.**

                                                  */s/ Natasha C. Merle*
                                                  NATASHA C. MERLE
                                                  United States District Judge

Dated:       January 27, 2025
                Brooklyn, New York